1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Joseph Michael Spence

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8043-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JOSEPH MICHAEL SPENCE, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

John R. Fielding, Jr.
jfieldingattyatlaw@yahoo.com,dleacu@yahoo.com; and

Thomas G. Gilmore
tgglaw@sbcglobal.net

Respectfully submitted,

DATED:    January 28, 2008         /s/ Carey D. Gorden
                                   **CAREY D. GORDEN**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Joseph Michael Spence